UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TERESA L. FLEISCHMAN, | Civil No. 3:19-CV-05544-RAJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including September 18, 2019, to file a Response to Plaintiff's Complaint.

DATED this 20th day of August, 2019.

                                                   /s/Richard A. Jones
                                          UNITED STATES DISTRICT JUDGE

Presented by:

s/ Heather L. Griffith
HEATHER L. GRIFFITH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3709
Fax: (206) 615-2531
heather.griffith@ssa.gov